**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JULIO AHUMADA GARCIA, MARIA ALEJANDRA MONTOYA JIMENEZ, *Petitioners* | § § § | |
| | § | Case No. SA-26-CA-00511-XR |
| v. | § § | |
| MIGUEL VERGARA, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN OF KARNES COUNTY IMMIGRATION PROCESSING CENTER, ACTING DIR. OF ICE TODD LYONS, SEC. OF DHS KRISTI NOEM, US ATTORNEY GENERAL PAMELA BONDI, *Respondents* | § § § § § § § § § § § § § | |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Julio Ahumada Garcia and Maria Alejandra Montoya Jimenez's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated February 27, 2026. Petitioners shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 27th day of February, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE